No. 347. MURNIGHAN *v.* GLEN SHERIDAN REALTY TRUST. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit

denied. *Mr. Meyer Abrams* for petitioner. *Messrs. Herbert ·W. Hirsh* and *Reuben L. Freeman* for respondent.